DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNIE M. KAPLAN,**
Appellant,

v.

**PALM TRAN, INC.,** A Florida Not For Profit Corporation, and **PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS,**
Appellees.

No. 4D18-154

[February 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502015CA011971XXXXMB.

John J.R. Skrandel of Jerome F. Skrandel, PL, North Palm Beach, for appellant.

David C. Behar and Rachel Fahey, Assistant County Attorneys, Palm Beach County Attorney's Office, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN, and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***